# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CLARENCE ANDERSON,** **PLAINTIFF**
**#165441**

v.            CASE NO. 3:20-CV-00072 BSM

**K. BOWERS, et al.**            **DEFENDANTS**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 3] is adopted. This case is dismissed without prejudice. Clarence Anderson's motions to proceed *in forma pauperis* [Doc. Nos. 1, 4] are denied. If Anderson would like to continue with this case, he must first pay the filing fee of $400 to the clerk, noting the above style and case number, within ten days of the date of this order along with a motion to reopen this case. Upon receipt of the full filing fee and his motion, this case will be reopened. It is certified that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

IT IS SO ORDERED this 24th day of March 2020.

                         _____
                         UNITED STATES DISTRICT JUDGE